UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BROOKS FAMILY PARTNERSHIP, a Washington Partnership,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO. C09-5723RJB<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND RELATED CASE SCHEDULE DEADLINES |

THIS MATTER having come before the undersigned on Defendant's Motion for an Order to Continue Trial Date and Related Case Schedule Deadlines, the Court having considered the motion and the declaration in support thereof, Plaintiff Brooks Family Partnership's opposition to the motion and the declarations and exhibits submitted in support thereof, and the reply in support of the motion, it is hereby

ORDERED that the current trial date of December 20, 2010 is continued to March 21, 2011, at 9:30 a.m.; and it is further

ORDERED that pretrial dates be amended as follows:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 09/22/2010 |
| All motions related to discovery filed by | 11/1/2010 |

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND RELATED CASE SCHEDULE DEADLINES - 2

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
One Union Square
600 University Street, Suite 2100
Seattle, Washington  998101-4185
(206) 676-7500  FACSIMILE (206) 676-7575

| | |
|---|---|
| Discovery completed by | 11/22/2010 |
| All dispositive motions filed by | 12/21/2010 |
| Settlement conference per CR 39.1(c)(2) | 01/20/2011 |
| Mediation per CR 39.1(c)(3) held no later than | 02/21/2011 |
| Letter of Compliance as to CR 39.1 filed by | 02/28/2011 |
| Motions in limine should be filed by | 02/21/2011 |
| Agreed pretrial order lodged with the court by | 03/04/2011 |
| Pretrial conference will be held on | 03/11/2011 at 8:30 a.m. |
| Trial briefs, proposed voir dire, and jury instructions due | 03/11/2011 |

Dated this 9th day of August, 2010.

*/signature/*

ROBERT J. BRYAN
United States District Judge

Presented by:

 /s/  Michael E. Ricketts
WSBA #9387
E-mail:  mricketts@gth-law.com

GORDON THOMAS HONEYWELL, LLP
600 University Street, Suite 2100
Seattle, Washington  98101
206-676-7500 (tel.); 206-676-7575 (facsimile)

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND RELATED CASE SCHEDULE DEADLINES - 2

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
One Union Square
600 University Street, Suite 2100
Seattle, Washington  998101-4185
(206) 676-7500  FACSIMILE (206) 676-7575